AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

☑ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

2:59 pm, May 07 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____DG_____ Deputy

| | |
|---|---|
| United States of America<br>v.<br>Joshua DeWitte and Christopher Allan Tisoy<br><br>*Defendant(s)* | Case No.<br>25-mj-5141-JGD |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **December 13-15, 2025** in the county of **Cambridge** in the _____ District of **Massachusetts**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a) & (e) | Sexual exploitation of minors, and attempt and conspiracy |

This criminal complaint is based on these facts:

See attached Affidavit of HSI Special Agent Brian A. Smith.

☑ Continued on the attached sheet.

*Complainant's signature*

Brian A. Smith, HSI Special Agent
*Printed name and title*

Subscribed and sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1.

Date: **May 5, 2025**

*Judge's signature*

City and state: Boston, Massachusetts

Hon. Judith G. Dein, U.S. Magistrate Judge
*Printed name and title*